IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

        Plaintiff,                    No. CIV S-09-2462 DAD P

    vs.

J.D. HARRIS, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 11, 2009, the court ordered plaintiff to submit within thirty days either the $350.00 filing fee or a properly completed application to proceed in forma pauperis. On October 9, 2009, the court granted plaintiff's motion for a thirty-day extension of time to comply with the court's order.

        On October 20, 2009, plaintiff filed a motion to stay this case because he allegedly suffers from several medical conditions and is heavily medicated. In the interest of justice, the court will grant plaintiff a second extension of time to submit the $350.00 filing fee or a properly completed application to proceed in forma pauperis; however, the court will not stay this action. Plaintiff is cautioned that he must diligently proceed with this action, and if he is unable to do so,

/////

1

he may request that this action be voluntarily dismissed without prejudice and re-file his action at a later date. See Fed. R. Civ. P. 41(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 20, 2009 motion for a stay (Doc. No. 6) is denied; and

2. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee or a properly completed application to proceed in forma pauperis; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

DATED: November 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
beny2462.msty